**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAMES BARBER,

       Plaintiff,

vs.                                               CASE NO. 6:09-CV-170-ORL-19

JACK POTTER,

       Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 5, filed February 18, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 5) is **ADOPTED and AFFIRMED.** Plaintiff's Motion to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2, filed January 28, 2009) is **DENIED AS MOOT,** and the Complaint (Doc. No. 1, filed January 28, 2009) is hereby **DISMISSED** without prejudice.

**DONE AND ORDERED** at Orlando, Florida, this   2nd   day of March, 2009.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record